**UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO
MOSCOW DIVISION**

In re: GARNER, BRIAN N. § Case No. 20-20610-JMM
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

J. Ford Elsaesser, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $393,609.02 | Assets Exempt: | $247,234.02 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $4,454.65 | Claims Discharged Without Payment: | $553,353.75 |
| Total Expenses of Administration: | $1,379.64 | | |

3) Total gross receipts of $5,834.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,834.29 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $95,000.00 | $72,357.33 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,379.64 | $1,379.64 | $1,379.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $3,674.24 | $873.95 | $873.95 | $873.95 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $549,556.65 | $9,949.70 | $9,949.70 | $3,580.70 |
| **TOTAL DISBURSEMENTS** | $648,230.89 | $84,560.62 | $12,203.29 | $5,834.29 |

4) This case was originally filed under chapter 7 on 12/18/2020. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2021         By: /s/ Ford Elsaesser
                               Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking x27679: Lewis Clark Credit Union | 1129-000 | $463.66 |
| Checking/Savings: Cottonwood Community Credit Union (FARM ACCOUNT) | 1129-000 | $4,910.92 |
| Savings x27679: Lewis Clark Credit Union | 1129-000 | $5.00 |
| Shares (748): CHS Primeland Patronage | 1129-000 | $368.16 |
| 2020 TAX REFUNDS | 1224-000 | $86.55 |
| **TOTAL GROSS RECEIPTS** | | **$5,834.29** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | USDA Farm Service Agency | 4110-000 | $95,000.00 | $72,357.33 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$95,000.00** | **$72,357.33** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - J. Ford Elsaesser | 2100-000 | NA | $1,333.43 | $1,333.43 | $1,333.43 |
| Trustee, Expenses - J. Ford Elsaesser | 2200-000 | NA | $6.24 | $6.24 | $6.24 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $39.97 | $39.97 | $39.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,379.64 | $1,379.64 | $1,379.64 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | IRS | 5800-000 | $0.00 | $873.95 | $873.95 | $873.95 |
| N/F | Idaho State Tax Commission | 5600-000 | $3,674.24 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $3,674.24 | $873.95 | $873.95 | $873.95 |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Credit Bureau of Lewiston-Cl | 7100-000 | NA | $7,139.61 | $7,139.61 | $2,569.40 |
| 4 | JPMorgan Chase Bank, N.A. | 7100-000 | $2,571.90 | $2,810.09 | $2,810.09 | $1,011.30 |
| N/F | Brammer-Meacham Farms | 7100-000 | $62,508.27 | NA | NA | NA |
| N/F | CHS Primeland | 7100-000 | $345,997.08 | NA | NA | NA |
| N/F | Catalyst Medical Group | 7100-000 | $5,739.49 | NA | NA | NA |
| N/F | Clearwater Valley Hospital | 7100-000 | $408.37 | NA | NA | NA |
| N/F | HNI Medical Services | 7100-000 | $741.00 | NA | NA | NA |
| N/F | Jeanette Stolte | 7100-000 | $37,932.00 | NA | NA | NA |
| N/F | Lewiston Orthopedics | 7100-000 | $6,732.03 | NA | NA | NA |
| N/F | Life Care Center of Lewiston | 7100-000 | $5,678.40 | NA | NA | NA |
| N/F | Prudential | 7100-000 | $29,339.50 | NA | NA | NA |
| N/F | Raymond Coon Estate | 7100-000 | $1,120.00 | NA | NA | NA |
| N/F | Spokane Eye Surgery Center | 7100-000 | $592.00 | NA | NA | NA |
| N/F | St Joseph Regional Medical | 7100-000 | $690.52 | NA | NA | NA |
| N/F | St Joseph Regional Medical | 7100-000 | $3,578.60 | NA | NA | NA |
| N/F | St. Joseph Regional Medical | 7100-000 | $45,809.15 | NA | NA | NA |
| N/F | Tri-State Memorial Hospital | 7100-000 | $118.34 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $549,556.65 | $9,949.70 | $9,949.70 | $3,580.70 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 20-20610-JMM
Case Name: GARNER, BRIAN N.
For Period Ending: 10/07/2021

Trustee Name: (320150) J. Ford Elsaesser
Date Filed (f) or Converted (c): 12/18/2020 (f)
§ 341(a) Meeting Date: 01/15/2021
Claims Bar Date: 04/21/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Angel Ridge Road - Peck, ID | 293,435.00 | 0.00 | | 0.00 | FA |
| 2 | 2013 Honda TR500 | 750.00 | 0.00 | | 0.00 | FA |
| 3 | 2007 Honda TR500 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 2004 Ford F350 | 7,450.00 | 0.00 | | 0.00 | FA |
| 5 | 1991 Ford F350<br>VIN A46101, not running. No value to BK estate. Secure lien holder did not collect. | 150.00 | 0.00 | | 0.00 | FA |
| 6 | 1991 Ford Explorer<br>VIN B70176, not running. VIN A46101, not running. No value to BK estate. Secure lien holder did not collect. | 0.00 | 0.00 | | 0.00 | FA |
| 7 | 1989 Dodge D250<br>VIN 156169. Not running. No value to BK estate. Secure lien holder did not collect. | 750.00 | 0.00 | | 0.00 | FA |
| 8 | 1986 Dodge W250<br>VIN 009876, not running. No value to BK estate. Secure lien holder did not collect. | 100.00 | 0.00 | | 0.00 | FA |
| 9 | 1984 Ford F150<br>VIN A09906, not running. No value to BK estate. Secure lien holder did not collect. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 1978 Ford F250<br>VIN AG0779, brake issues. No value to BK estate. Secure lien holder did not collect. | 100.00 | 0.00 | | 0.00 | FA |
| 11 | 1977 Ford F700<br>VIN Y07285. No value to BK estate. Secure lien holder did not collect. | 100.00 | 0.00 | | 0.00 | FA |
| 12 | 1976 Ford F750<br>VIN C43903. No value to BK estate. Secure lien holder did not collect. | 100.00 | 0.00 | | 0.00 | FA |
| 13 | 1975 Ford F700<br>VIN V61157. No value to BK estate. Secure lien holder did not collect. | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 1974 Chev C10<br>VIN 181210, not running. No value to BK estate. Secure lien holder did not collect. | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 1969 Chev C50<br>VIN 852155, not running. No value to BK estate. Secure lien holder did not collect. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | 1951 GMC<br>VIN 125761, not running. No value to BK estate. Secure lien holder did not collect. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Household goods | 195.00 | 0.00 | | 0.00 | FA |
| 18 | TV, Computer Desktop | 100.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 20-20610-JMM  
Case Name: GARNER, BRIAN N.  
For Period Ending: 10/07/2021

Trustee Name: (320150) J. Ford Elsaesser  
Date Filed (f) or Converted (c): 12/18/2020 (f)  
§ 341(a) Meeting Date: 01/15/2021  
Claims Bar Date: 04/21/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Miscellaneous Men's Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 20 | Checking x27679: Lewis Clark Credit Union | 613.66 | 463.66 | | 463.66 | FA |
| 21 | Checking x81179: Lewis Clark Credit Union (Social security disabily) | 19,350.27 | 0.00 | | 0.00 | FA |
| 22 | Savings x27679: Lewis Clark Credit Union | 5.00 | 5.00 | | 5.00 | FA |
| 23 | Savings x81179: Lewis Clark Credit Union (social security disability) | 5.00 | 0.00 | | 0.00 | FA |
| 24 | Checking/Savings: Cottonwood Community Credit Union (FARM ACCOUNT) | 4,910.92 | 4,910.92 | | 4,910.92 | FA |
| 25 | DA Davidson | 2,412.61 | 0.00 | | 0.00 | FA |
| 26 | Roth IRA: eTrade Securities LLC | 152.14 | 0.00 | | 0.00 | FA |
| 27 | Roth IRA: Thrivent Mutual Funds | 8,694.00 | 0.00 | | 0.00 | FA |
| 28 | Shares (748): CHS Primeland Patronage | 1,104.00 | 368.16 | | 368.16 | FA |
| 29 | N. R. Garner Trust (1/4 share)<br>No value to BK estate | Unknown | Unknown | | 0.00 | FA |
| 30 | Brammer-Meacham Farms - rent owed on Angel Ridge property<br>No value to BK estate - rent not being collected | 24,360.00 | 0.00 | | 0.00 | FA |
| 31 | Prudential - life insurance: Rebecca Garner | 29,240.00 | 0.00 | | 0.00 | FA |
| 32 | Hartford - life insurance: Rebecca Garner | 3,035.00 | 0.00 | | 0.00 | FA |
| 33 | Nez Perce Tribe antenna tower lease (value per year)<br>Debtor receives a small amount monthly - no value to BK estate. | 2,280.00 | 106.66 | | 0.00 | FA |
| 34 | 2020 TAX REFUNDS (u) | 86.55 | 86.55 | | 86.55 | FA |
| 35 | 1965 Pontiac Lemans<br>Not Running. | 0.00 | 0.00 | | 0.00 | FA |
| 36 | 1987 Charmac Trailer<br>Stock Trailer - white and rusty. | 150.00 | 0.00 | | 0.00 | FA |
| 36 | **Assets Totals (Excluding unknown values)** | **$400,329.15** | **$5,940.95** | | **$5,834.29** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

| | |
|---|---|
| **Case No.:** 20-20610-JMM | **Trustee Name:** (320150) J. Ford Elsaesser |
| **Case Name:** GARNER, BRIAN N. | **Date Filed (f) or Converted (c):** 12/18/2020 (f) |
| | **§ 341(a) Meeting Date:** 01/15/2021 |
| **For Period Ending:** 10/07/2021 | **Claims Bar Date:** 04/21/2021 |

**Major Activities Affecting Case Closing:**

Bar date: 4/21/21
12/19/20 - Reviewed schedules, no conflicts, no DSO (signed but not dated by debtor), ebility ok. JH
1/20/21 - Tax Return Mid Year Letter mailed. JH
3/24/21 - COD Turnover_Mid Year Reminder Letter mailed. JH
3/31/21
Trustee awaiting copies of 2020 tax returns, collected partial non-exempt COD
Remaining issues: Review 2020 taxes for possible refund turnover to BK estate, collect remaining non-exempt COD
Steps to be taken: letter sent out to debtor, Review 2020 taxes once provided, collect refunds if high, review claims, prep TFR
4/2/21 - Tax Refund Letter mailed. JH
6/25/21 - sent wet sig TFR to UST NM
7/13/21 - UST Filing - Trustee's Final Report (TFR)  #23. JH
7/14/21 - FA & NFR filed doc nos. 24 & 25. NM
8/26/21 - sent disp. checks out. NM

**Initial Projected Date Of Final Report (TFR):**   09/01/2021        **Current Projected Date Of Final Report (TFR):**   06/25/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 20-20610-JMM | Trustee Name: | J. Ford Elsaesser (320150) |
|---|---|---|---|
| Case Name: | GARNER, BRIAN N. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***5215 | Account #: | ******8943 Checking |
| For Period Ending: | 10/07/2021 | Blanket Bond (per case limit): | $51,601,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/26/21 | {28} | Brian Garner | CHS Yearend dividend | 1129-000 | 368.16 | | 368.16 |
| 01/26/21 | {24} | Brian Garner | COD | 1129-000 | 4,910.92 | | 5,279.08 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 5,274.08 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.88 | 5,266.20 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.28 | 5,256.92 |
| 04/06/21 | {34} | Brian Garner | Tax refund | 1224-000 | 86.55 | | 5,343.47 |
| 04/06/21 | | Brian Garner | COD | | 468.66 | | 5,812.13 |
| | {22} | | COD $5.00 | 1129-000 | | | |
| | {20} | | COD $463.66 | 1129-000 | | | |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 9.13 | 5,803.00 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.68 | 5,794.32 |
| 08/26/21 | 101 | J. Ford Elsaesser | Combined trustee compensation & expense dividend payments. | | | 1,339.67 | 4,454.65 |
| | | J. Ford Elsaesser | Claims Distribution - Fri, 06-25-2021 $1,333.43 | 2100-000 | | | |
| | | J. Ford Elsaesser | Claims Distribution - Fri, 06-25-2021 $6.24 | 2200-000 | | | |
| 08/26/21 | 102 | IRS | Distribution payment - Dividend paid at 100.00% of $873.95; Claim # 3; Filed: $873.95 | 5800-000 | | 873.95 | 3,580.70 |
| 08/26/21 | 103 | Credit Bureau of Lewiston-Cl | Distribution payment - Dividend paid at 35.99% of $7,139.61; Claim # 2; Filed: $7,139.61 | 7100-000 | | 2,569.40 | 1,011.30 |
| 08/26/21 | 104 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 35.99% of $2,810.09; Claim # 4; Filed: $2,810.09 | 7100-000 | | 1,011.30 | 0.00 |
| | | **COLUMN TOTALS** | | | 5,834.29 | 5,834.29 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 5,834.29 | 5,834.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$5,834.29** | **$5,834.29** | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 20-20610-JMM | | **Trustee Name:** | J. Ford Elsaesser (320150) |
| **Case Name:** | GARNER, BRIAN N. | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***5215 | | **Account #:** | ******8943 Checking |
| **For Period Ending:** | 10/07/2021 | | **Blanket Bond (per case limit):** | $51,601,059.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $5,834.29 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $5,834.29 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8943 Checking | $5,834.29 | $5,834.29 | $0.00 |
| | **$5,834.29** | **$5,834.29** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)